**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ROBERT MALONEY** | § | |
| **Plaintiff** | § | |
| | § | **CIVIL ACTION NO. _____** |
| **vs.** | § | |
| | § | |
| | § | |
| **WALMART STORES TEXAS, LLC.** | § | |
| **Defendant** | § | |

## INDEX OF DOCUMENTS

1.  Plaintiffs' Original Petition with Citation

2.  Defendant's Original Answer

3.  Order Setting Docket Control Conference

4.  Order Setting Case for Mediation

5.  Defendant's Unopposed Motion to Substitute Counsel

6.  Order Granting Defendant's Unopposed Motion to Substitute

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/03/2025
CT Log Number 550548143

## Service of Process Transmittal Summary

**TO:**    KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:**    **Process Served in Texas**

**FOR:**    Wal-Mart Stores Texas, LLC  (Domestic State: DE)

### ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Maloney Robert // To: Wal-Mart Stores Texas, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Attachment(s), Original Petition, Certificate(s) |
| **COURT/AGENCY:** | Cameron County - County Court, TX<br>Case # 2025CCL01076A |
| **NATURE OF ACTION:** | Personal Injury - 09/03/2025, Wal-Mart located at 2721 Boca Chica Blvd., Brownsville, Cameron County, Texas |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 11/03/2025 at 15:09 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Mario A. Cisneros<br>Begum Law Group<br>2401 Wild Flower, Suite B<br>Brownsville, TX 78526<br>956-982-1800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/04/2025, Expected Purge Date: 11/09/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT



**CT Corporation**
**Service of Process Notification**
11/03/2025
CT Log Number 550548143

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Nov 3, 2025
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | WAL-MART STORES TEXAS, LLC |
| Case Number | 2025CCL01076A |
| Jurisdiction | TX |

| Inserts |
|---|
| | | |



**Citation for Personal Service**

Cause No. **2025-CCL-01076 -A**

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

TO THE DEFENDANT:
**Wal-Mart Stores Texas, LLC
By serving the registered agent of the corporation
CT Corporation System,
1999 Bryan St., Suite 900
Dallas TX 75201**

GREETINGS:

You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition, Jury Demand, Notice of Intent to Use Documents Pursuant to Texas Rules of Civil Procedure, Rule 193.7 and Plaintiff's Request for Notice By Defendant of Intent to Seek Admission of Criminal Convictions of Witnesses Pursuant to Texas Rules of Evidence, Rule 609 (f)** at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court at Law I of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by Mario A Cisneros (Attorney for Plaintiff or Plaintiff), whose address is 2401 Wildflower Drive Suite B  Brownsville TX  78526 on October 22, 2025, in this case numbered **2025-CCL-01076** on the docket of said court, and styled,

**Robert Maloney,
Plaintiff**

**VS**

**Wal-Mart Stores Texas, LLC,
Defendant**

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Original Petition, Jury Demand, Notice of Intent to Use Documents Pursuant to Texas Rules of Civil Procedure, Rule 193.7 adn Plaintiff's Request for Notice By Defendant of Intent to Seek admission of Criminal convictions of Witnesses Pursuant ot Texas Rules of Evidence, Rule 609 (f) accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 27th day of October, 2025.



Sylvia Garza-Perez, County Clerk
Cameron County, Texas
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By ___*/s/Julie Garza*___, Deputy
        Julie Garza

ERNEST H. DAHL
TEXAS JUDICIAL BRANCH
CERTIFICATION
PSC 15818

*11-3-25*

### SHERIFF'S RETURN

Came to hand on the _____ day of _____, _____, at _____ o'clock and executed (not executed) on the day of _____ _____, at _____ o'clock, by delivering to _____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompany copy of the _____. Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total . . . . . . . $_____ Sheriff/Constable _____County, Texas

Fees paid by: _____ By_____, Deputy



FILED
2025-CCL-01076
10/22/2025 6:45 PM
Sylvia Garza-Perez
Cameron County Clerk

2025-CCL-01076

## NO. _____

| | | |
|---|---|---|
| **ROBERT MALONEY**<br>**Plaintiff,** | § | **IN THE COUNTY COURT AT LAW** |
| | § | |
| | § | |
| **V.** | § | **NO. _____** |
| | § | Cameron County - County Court at Law I |
| **WAL-MART STORES TEXAS, LLC** | § | |
| **Defendant.** | § | **CAMERON COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, NOTICE OF INTENT TO USE DOCUMENTS PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE, RULE 193.7 AND PLAINTIFF'S REQUEST FOR NOTICE BY DEFENDANT OF INTENT TO SEEK ADMISSION OF CRIMINAL CONVICTIONS OF WITNESSES PURSUANT TO TEXAS RULES OF EVIDENCE, RULE 609(f)

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Robert Maloney ("Plaintiff"), complaining of and about Wal-Mart Stores Texas, LLC ("Wal-Mart"), and for cause of action would respectfully show the Court as follows:

### I.
### CLAIMS FOR RELIEF AND DISCOVERY CONTROL PLAN

Plaintiff seeks damages (including punitive damages) over $25,000.00, but not more than $74,999.99, pursuant to Tex. R. Civ. P. 47(c)(4). Plaintiff intends that discovery be conducted under Discovery Level 3.

### II.
### PARTIES AND SERVICE

Plaintiff, Robert Maloney, is an Individual whose address is 533 E. Jefferson Street, Brownsville, Texas 78520.

Defendant Wal-Mart Stores Texas, LLC, a nonresident for profit corporation, may be served pursuant to sections 5.201 and 5.255 of the Texas Business Organizations Code by serving the registered agent of the corporation, CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201. Service of said Defendant as described above can be effected by certified mail,

return receipt requested.

## III.
## JURISDICTION AND VENUE

The subject matter in controversy is within the jurisdictional limits of this court.

This court has jurisdiction over Defendant Wal-Mart Stores, Texas, LLC, because said Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over said Defendant, and the assumption of jurisdiction over Defendant will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process

Venue in Cameron County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## IV.
## FACTS

On or about September 3, 2024, Plaintiff Robert Maloney purchased freshly prepared cinnamon rolls from the bakery department at the Wal-Mart located at 2721 Boca Chica Blvd., Brownsville, Cameron County, Texas. Plaintiff consumed the cinnamon rolls later that evening.

Shortly thereafter, Plaintiff experienced acute gastrointestinal distress, including severe vomiting and bloody stools. Plaintiff later learned that the cinnamon rolls contained hard plastic.

At all relevant times, Wal-Mart Stores Texas, LLC owned, operated, managed, and/or controlled the Store and its in-store bakery operations, including the selection, preparation, handling, inspection, and sale of the cinnamon rolls offered to customers. The cinnamon rolls purchased by Plaintiff were unreasonably dangerous in that they contained foreign hard plastic capable of causing internal injury when consumed.

The presence of hard plastic in the cinnamon rolls was a producing and proximate cause of Plaintiff's injuries and damages, including physical pain, mental anguish, necessary medical care and expenses, and other losses to be proven at trial.

## V.
## <u>LIABILITY OF DEFENDANT WAL-MART STORES, TEXAS, LLC</u>

On September 3, 2024, Wal-Mart, through its in-store bakery at 2721 Boca Chica Blvd., Brownsville, prepared, handled, inspected, packaged, displayed, and sold the cinnamon rolls purchased by Plaintiff Robert Maloney.

Wal-Mart owed Plaintiff, as a consumer and invitee, duties of ordinary care in the preparation, handling, inspection, and sale of food, including reasonable procedures to prevent foreign-object contamination.

## VI.
## <u>PLAINTIFF'S CLAIM OF NEGLIGENCE AGAINST DEFENDANT WAL-MART STORES, TEXAS, LLC</u>

On September 3, 2024, Defendant Wal-Mart breached its duties by, among other things:

A.     Preparing and/or selling cinnamon rolls adulterated with hard plastic;

B.     Failing to implement and enforce reasonable foreign-material controls (equipment/utensil integrity checks, visual inspection, discard protocols);

C.     Failing to inspect and remove adulterated product from sale;

D.     Failing to train and supervise bakery staff on contamination prevention and point-of-sale inspection; and

E.     Failing to warn customers, including Plaintiff, about the hazard once known or reasonably knowable.

## VII.
## PLAINTIFF'S PRODUCTS LIABILITY CLAIM AGAINST DEFENDANT WAL-MART STORES, TEXAS, LLC

The cinnamon rolls deviated, when sold, from Defendant Wal-Mart's intended specifications and from otherwise identical units because they contained foreign hard plastic, rendering them unreasonably dangerous and unsafe for their ordinary purpose.

## VIII.
## PLAINTIFF'S BREACH OF IMPLIED WARRANTIES CLAIM AGAINST DEFENDANT WAL-MART STORES, TEXAS, LLC

The adulterated cinnamon rolls were not **merchantable** or **fit** for human consumption, and Defendant Wal-Mart's sale breached the implied warranties imposed by Texas law, proximately causing Plaintiff's injuries.

## IX.
## RESPONDEAT SUPERIOR

At all material times, Defendant Wal-Mart's employees involved in preparation, handling, inspection, and sale acted within the course and scope of employment, making Wal-Mart vicariously liable for their negligence in addition to Wal-Mart's direct liability.

## X.
## PROXIMATE CAUSE

Each and every, all and singular of the foregoing acts and omissions, on the part of Defendant, taken separately and/or collectively, constitute a direct and proximate cause of the injuries and damages set forth below.

## XI.
## DAMAGES FOR PLAINTIFF ROBERT MALONEY

As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff,

has incurred the following damages:

A.   Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the incident complained of herein and such charges are reasonable and were usual and customary charges for such services in CAMERON County, Texas;

B.   Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

C.   Physical pain and suffering in the past;

D.   Physical pain and suffering in the future;

E.   Mental anguish in the past;

F.   Mental anguish in the future;

G.   Physical impairment in the past; and

H.   Physical impairment which, in all reasonable probability, will be suffered in the future.

By reason of the above, Plaintiff has suffered losses and damages in a sum within the

jurisdictional limits of the Court and for which this lawsuit is brought.

## XII.
## NOTICE OF INTENT TO USE DOCUMENTS PRODUCED BY DEFENDANT IN RESPONSE TO PLAINTIFF'S WRITTEN DISCOVERY PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE, RULE 193.7

Plaintiff hereby gives notice, pursuant to Texas Rule of Civil Procedure 193.7, that any

document produced by Defendant in response to written discovery may be used against Defendant

at any pretrial proceeding and at trial without the necessity of further authentication. This notice

applies to all documents produced now or later by Defendant, including any supplements.

## XIII.
## PLAINTIFF'S REQUEST FOR NOTICE BY DEFENDANT OF INTENT TO SEEK ADMISSION OF CRIMINAL CONVICTIONS OF WITNESSES PURSUANT TO TEXAS RULE OF EVIDENCE RULE 609(f)

Plaintiff, pursuant to Texas Rule of Evidence 609(f), demands sufficient advance written notice from any party that intends to use evidence of a criminal conviction to impeach any witness in this case—including any fact witness, any testifying expert, and any consulting expert whose mental impressions or opinions have been reviewed by a testifying expert.

The notice must identify the specific witness and conviction(s) and be provided far enough in advance to afford Plaintiff a fair opportunity to contest admissibility. This demand applies to all witnesses disclosed by any party, including any later-supplemented disclosures.

## XIV.
## REQUIRED DISCLOSURES

Pursuant to Texas Rule of Civil Procedure 194.2(b), Defendant must serve its initial disclosures within 30 days after filing its original answer. Those disclosures must include the information and documents identified in Rule 194.2(a)(1)–(12). Plaintiff requests timely service of these disclosures and ongoing supplementation as required by Rule 193.5.

## XV.
## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Robert Maloney respectfully prays that Defendant Wal-Mart Stores Texas, LLC be cited to appear and answer, and that upon final hearing, the Court enter judgment for Plaintiff and against Defendant for damages not to exceed $74,999.99, together with pre-judgment interest (accruing from the 180th day after Defendant first received written notice of Plaintiff's claim through the date of judgment) at the maximum rate allowed by law, post-judgment interest at the legal rate, costs of court, and such other and further relief—at law or in equity—to which Plaintiff may show himself justly entitled.

*Plaintiff's Original Petition – Page 6 of 7*

Respectfully submitted,

**BEGUM LAW GROUP**


By: /s/ *Mario A. Cisneros*
Mario A. Cisneros
Texas Bar No. 24065048
2401 Wild Flower, Suite B
Brownsville, Texas 78526
Tel. (956) 982-1800
Fax. (956) 982-8602
Email: BrownsvilleLegal@begumlawgroup.com
*Attorney for Plaintiff*

## PLAINTIFF HEREBY DEMANDS TRIAL BY JURY

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ana Davila on behalf of Mario Cisneros
Bar No. 24065048
adavila@texaslegalgroup.com
Envelope ID: 107184974
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition, Jury Demand, Notice of Intent to Use Documents Pursuant to Texas Rules of Civil Procedure, Rule 193.7 and Plaintiff's Request for Notice by Defendant of Intent to Seek Admission of Criminal Convictions of Witnesses Pursuant to Texas Rules of Evidence, Rule 609 (f)
Status as of 10/24/2025 9:53 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Mario Cisneros | | BrownsvilleLegal@begumlawgroup.com | 10/22/2025 6:45:11 PM | SENT |

FILED
2025-CCL-01076
11/18/2025 11:04 AM
Sylvia Garza-Perez
Cameron County Clerk

## CAUSE NO. 2025-CCL-01076-A

| | | |
|---|---|---|
| Robert Maloney | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CAMERON COUNTY, TEXAS |
| | § | |
| Wal-Mart Stores Texas, LLC | § | |
| Defendant. | § | COUNTY COURT AT LAW NO. 1 |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Nov 3, 2025, 6:55 am**,

CITATION, PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, WRITTEN DISCOVERY, NOTICE OF INTENT TO USE DOCUMENTS PURSUANT TO TEXAS RULES OF CIVIL PROCEDURE, RULE 193.7 AND PLAINTIFF'S REQUEST FOR NOTICE BY DEFENDANT OF INTENT TO SEEK SUBMISSION OF CRIMINAL CONVICTIONS OF WITNESSES PURSUANT TO TEXAS RULES OF EVIDENCE, RULE 609(F),

and was executed at **1999 Bryan Street STE 900, Dallas, TX 75201** within the county of **Dallas** at **02:52 PM** on **Mon, Nov 03 2025**, by delivering a true copy to the within named

**WAL-MART STORES TEXAS, LLC., BY SERVING THE REGISTERED AGENT OF THE CORPORATION, CT CORPORATION SYSTEM**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Ernest H Dahl**, I am at least 18 years old, and my address is **8400 Angels Drive #130, Plano, TX 75024**, and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Collin** County, State of **Texas**, on **November 03, 2025.**

Ernest H Dahl
**Certification Number: PSC 16818**
**Certification Expiration: 05/31/2027**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ana Davila on behalf of Mario Cisneros
Bar No. 24065048
adavila@texaslegalgroup.com
Envelope ID: 108169582
Filing Code Description: No Fee Documents
Filing Description: ROS
Status as of 11/18/2025 4:29 PM CST

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Ramirez | | jramirez.atty@bushramirez.com | 11/18/2025 11:04:30 AM | SENT |
| Matthew Leslie | | mleslie.atty@bushramirez.com | 11/18/2025 11:04:30 AM | SENT |

Associated Case Party: Robert Maloney

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Maria Cisneros | | brownsvillelegal@begumlawgroup.com | 11/18/2025 11:04:30 AM | SENT |

FILED
2025-CCL-01076
11/12/2025 12:00 AM
Sylvia Garza-Perez
Cameron County Clerk

Cause No.  2025-CCL-01076

| | | |
|---|---|---|
| ROBERT MALONEY | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | AT LAW NO. 1 OF |
| | § | |
| WAL-MART STORES TEXAS LLC | § | CAMERON COUNTY, TEXAS |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, DEFENDANT, WAL-MART STORES TEXAS, LLC, and files this Original Answer to Plaintiff's Original Petition and would respectfully show the Court as follows:

### I.    General Denial

1.    Defendant generally denies the allegations in Plaintiff's Original Petition, and request that Plaintiff be required to prove them by a preponderance of the evidence in accordance with the laws of the State of Texas.

### II. Other Defenses

2.    Pursuant to Rule 94 of the Texas Rule of Civil Procedure, Defendant asserts the affirmative defense of contributory negligence.  The negligence of Plaintiff caused or contributed to her injuries so that the claims are barred or, in the alternative, must be reduced in accordance with the relative degree of his own negligence.  Defendant requests the trier of fact to determine Plaintiff's liability and percentage of responsibility pursuant to Tex. Civ. Prac. & Rem. Code §33.003.

3.    Defendant will further show that this action is subject to the proportionate responsibility provisions of Chapter 33 of the Texas Civil Practice and Remedies Code, including (without limitation) the requirement of §§33.003 thereof that the trier of fact determine

R:\11183\19627\Pleadings\Original Answer.doc

the relative responsibility of Plaintiff, and each and every responsible third-party that maybe joined in this suit. Defendant may not be held jointly and severally liable for any amount of damages claimed herein unless the percentage of responsibility of Defendant, when compared with that of Plaintiff, and each and every responsible third party is greater than 50%.

4.    Defendant will further show that Defendant is not responsible for any expenses or damages allegedly incurred by Plaintiff due to Plaintiff's own acts, conduct, negligence and/or failure to exercise reasonable care in mitigating her damages.

5.    Defendant will further show that Plaintiff's alleged damages were not proximately caused by any acts or omissions of Defendant.

6.    Defendant will further show that in the unlikely event Plaintiff is adjudged to be entitled to any damages in this matter, which is denied, Plaintiff is not entitled to recover prejudgment interest on any future damages. Defendant would show that, as a matter of law, interest on damages yet to accrue is not compensatory and is, consequently, a penalty which would not be imposed even absent a finding of gross negligence, or rather, for a lesser level or degree of culpability for which a penalty is not authorized by law.

7.    Defendant will further show that if prejudgment interest is recoverable in this case, it is limited in accordance with TEX.FIN.CODE ANN. §304.101 *et seq.*

8.    Defendant will further show that if post-judgment interest is recoverable in this case, it is limited in accordance with TEX.FIN.CODE ANN. §304.003(c).

9.    Defendant would further show that to the extent Plaintiff seeks recovery for medical bills, expenses and services that were incurred, but which were never charged to Plaintiff and, thus, were never paid or incurred by Plaintiff because it exceeded the amount

R:\11183\19627\Pleadings\Original Answer.doc

authorized by Medicaid, private insurer or any other entity, Defendant asserts that Plaintiff is not entitled to recover these amounts.

10.    Defendant will further show that to the extent that any health care provider has written off its charges for medical care for Plaintiff and/or paid charges for medical care in connection with the injuries made the basis of this suit, in the unlikely event that Plaintiff obtains a final judgment against Defendant, they would respectfully show that they are entitled to a credit and/or offset for the total amount of such write-offs and/or expenditures incurred and paid by others and accruing to Plaintiff pursuant to Tex. Civ. Prac. & Rem. Code §41.0105.

11.    Defendant will further show that to extent Plaintiff is asserting a recovery of lost earning capacity, loss of contribution of pecuniary value or loss of inheritance, the limitations of Section 18.091 of the Texas Civil Practice and Remedies Code apply.

12.    Defendant will further show that they are entitled to all caps and limitations on damages pursuant to the Texas Civil Practice & Remedies Code.

13.    Defendant asserts that Plaintiff failed to mitigate its damages, if any, alleged to have resulted from the incident made the subject of this suit.

14.    Defendant invokes the provisions of the "Patient Protection and Affordable Care Act" (the "Affordable Care Act" or "ACA" or "Obamacare"), Pub. L. No. 111-148, 124 Stat. 119 (2010). Under this federal law, all Americans are required to purchase health insurance, and insurers cannot refuse to cover an individual's pre-existing conditions. Accordingly, Plaintiff's recovery, if any, of future healthcare expenses should be limited to: (1) the premiums he would pay for his health insurance in order to comply with federal law, and (2) the reasonable cost of uninsurable future medical or out-of-pocket medical expenses associated with his alleged injuries made the basis of this litigation, if any, limited to the amounts to be paid or incurred by Plaintiff.

For these purposes, "uninsurable" means healthcare-related expenses not mandated to be covered under the Affordable Care Act.

16.    Defendant further asserts that Plaintiff failed to mitigate her damages, if any, alleged to have resulted from the incident made the subject of this suit to the extent Plaintiff had available health insurance that he/she failed to utilize.

16.    In the unlikely event that an adverse judgment would be rendered against it, Defendant would respectfully pray for all available credits and/or offsets as provided by the Texas Civil Practice and Remedies Code and under Texas law, including a reduction for amounts received from collateral sources or through settlement agreements.

17.    Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendant, WAL-MART STORES TEXAS, LLC,  hereby gives notice that all documents produced by Plaintiff in any capacity may be used at any pretrial proceeding or at the trial of this matter.


### III. Prayer

WHEREFORE, PREMISES CONSIDERED, Defendant, WAL-MART STORES TEXAS, LLC,, prays that Plaintiff, Robert Maloney, take nothing by way of this suit; that Judgment be entered for Defendant; that Defendant recover costs of Court and reasonable and necessary attorney's fees; and that Defendant have any other and further relief, at law or in equity, to which it may show itself justly entitled.

R:\11183\19627\Pleadings\Original Answer.doc

Respectfully submitted,

BUSH & RAMIREZ, PLLC

*/s/John A. Ramirez*

_____

John A. Ramirez
SBN. 00798450
5615 Kirby, Suite 900
Houston, Texas  77005
(713) 626-1555 Telephone
(713) 622-8077 Telecopier
jramirez.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC,

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing instrument was served on all counsel of record pursuant to the Texas Rules of Civil Procedure on this the 11th day of November 2025.

Mario A. Cisneros
BEGUM LAW GROUP
2401 Wild Flower, Suite B
Brownsville,  Texas 78526

*/s/John A. Ramirez*

_____

JOHN A. RAMIREZ

R:\11183\19627\Pleadings\Original Answer.doc

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patricia Chavis on behalf of John Ramirez
Bar No. 798450
pchavis@bushramirez.com
Envelope ID: 107909842
Filing Code Description: Answer/Response
Filing Description: Answer/Response
Status as of 11/12/2025 12:52 PM CST

Associated Case Party: Wal-Mart Stores Texas, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| John Ramirez | | jramirez.atty@bushramirez.com | 11/11/2025 12:10:55 PM | SENT |
| Matthew Leslie | | mleslie.atty@bushramirez.com | 11/11/2025 12:10:55 PM | SENT |

FILED FOR RECORD
11/13/2025
8:24 AM
SYLVIA GARZA-PEREZ
CAMERON COUNTY CLERK
By: Garza, Julie

CAUSE NO. <u>2025-CCL-01076</u>

| | | |
|---|---|---|
| **ROBERT MALONEY,**<br>**PLAINTIFF** | § | **CAMERON COUNTY COURT** |
| | § | **AT LAW NO. 1** |
| **VS** | § | **CAMERON COUNTY, TEXAS** |
| **WAL-MART STORES TEXAS, LLC,**<br>**DEFENDANT** | | |

## <u>ORDER SETTING DOCKET CONTROL CONFERENCE</u>

On this the 13th day of November, 2025, the above captioned cause was called to the attention of the Court, and having been presented to the Court, the Court is of the opinion that a DOCKET CONTROL CONFERENCE is set for telephonic hearing on the above-styled and numbered cause.

IT IS THEREFORE ORDERED that said cause is hereby set on the **4th day of December 2025**, at **10:15 AM**, in County Court at Law No. 1 of Cameron County, Texas. *Plaintiff's counsel is to initiate conference call. The telephone number is (956) 544-0855.*

The **Clerk** of the Court is directed to furnish a copy of this Order to attorney(s) of record and to parties involved in said case.

SIGNED on this the 13th day of November, 2025.

Arturo A. McDonald Jr.
_____
ARTURO A. MCDONALD, JR.
JUDGE PRESIDING

CAUSE NO. 2025-CCL-01076

| | | |
|---|---|---|
| ROBERT MALONEY, PLAINTIFF | § § § | IN THE COUNTY COURT |
| | § | AT LAW NO. 1 |
| VS | § § | CAMERON COUNTY, TEXAS |
| WAL-MART STORES TEXAS, LLC, DEFENDANT | | |

## *ORDER SETTING CASE FOR MEDIATION*

On this the 4th day of December, 2025 THE COURT ORDERS THE PARTIES IN THE ABOVE CAUSE OF ACTION to MEDIATE on or before the thirtieth day prior to trial of October 26, 2026.

IT IS THEREFORE ORDERED that the parties submit to MEDIATION with **Honorable** ___Richard Zayas___, whose address is ___950 E. Van Buren St.___, ___Brownsville___, Texas 785_20_ and telephone number is (956) ___546 - 5060___ and each party shall pay one half (1/2) of the mediation cost.

IT IS FURTHER ORDERED that the parties contact **Hon. Richard Zayas** for the scheduling of said mediation in an effort to resolve this matter. MEDIATION SHOULD BE COMPLETED ON OR BEFORE THE THIRTIETH DAY PRIOR TO TRIAL OF October 26, 2026.

SIGNED on this the 4th day of December, 2025.

ARTURO A. MCDONALD, JR.
JUDGE PRESIDING

RECEIVED
12/08/2025
1:51 PM
SYLVIA GARZA-PEREZ
CAMERON COUNTY CLERK
By: Garcia, Christian

FILED
2025-CCL-01076
2/11/2026 2:06 PM
Sylvia Garza-Perez
Cameron County Clerk

**CAUSE NO. 2025-CCL-01076**

| | | |
|---|---|---|
| **ROBERT MALONEY** | § | **IN THE COUNTY COURT** |
| **Plaintiff** | § | |
| | § | **AT LAW NO. 1 OF** |
| **vs.** | § | |
| | § | |
| **WALMART STORES TEXAS, LLC.** | § | **CAMERON COUNTY, TEXAS** |
| **Defendant** | § | |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT WAL-MART STORES, TEXAS, LLC**

John A. Ramirez, Matthew T. Leslie, and the law firm of Bush & Ramirez, PLLC, attorneys for Defendant ("Wal-Mart Stores Texas, LLC"), request this Court's permission for them to withdraw from this case and for the new attorneys identified below to be substituted as counsel.

The new attorneys to be substituted as counsel for Walmart in this matter are Jennifer Gibbins Durbin, John "Trey" Hillman, and the law firm of Allen, Stein, & Durbin, P.C., whose office is located at 6243 I.H. 10 West, San Antonio, Texas 78201. Allen, Stein, & Durbin, P.C.'s office phone number is (210) 734-7488 and fax number is (210) 738-8036. Mrs. Durbin's state bar number is 07840500, and Mr. Hillman's state bar number is 24128883. The firm's email is  jgd-service@asdh.com

This Motion is based on good cause, and the withdrawal and substitution are not sought for delay alone. Walmart approves of the withdrawal and substitution of counsel requested herein.

John A, Ramirez and the law firm of Bush & Ramirez, PLLC respectfully request that this Court make an order permitting them to withdraw from representation of Defendant Wal-Mart Stores Texas, LLC and substitute counsel as detailed above.

Respectfully submitted,

/s/  *Matthew T. Leslie*\* Signed with permission
John A. Ramirez
State Bar No. 00798450
Matthew T. Leslie
State Bar No. 24061885

BUSH & RAMIREZ, PLLC
5615 Kirby Drive, Suite 200
Houston, Texas 77005
713-626-1555
jramirez@atty@bushramirez.com
mleslie.atty@bushramirez.com

**AGREED AS TO SUBSTANCE AND FORM**

ALLEN, STEIN & DURBIN, P.C.
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
(210) 734-7488 (Telephone)
(210) 738-8036 (Telecopier)

_____/s/ *Jennifer Gibbins Durbin*_____
JENNIFER GIBBINS DURBIN
State Bar No. 07840500
JOHN "TREY" HILLMAN III
State Bar No. 24128883
Service Email: jgd-service@asdh.com

## CERTFICIATE OF CONFERENCE

I hereby certify that undersigned counsel conferred with Plaintiff's counsel regarding this motion on February 6, 2026, and Plaintiff's counsel does not oppose this motion.

*John "Trey" Hillman III*
John "Trey" Hillman

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was on this the 11th day of February 2026, electronically forwarded to:

Mario A. Cisneros
BEGUM LAW GROUP
2401 Wild flower, Suite B
Brownsville, Texas 78526
BrownsvilleLegal@begumlawgroup.com
Attorney for Plaintiff

_____*Jennifer Gibbins Durbin*_____
JENNIFER GIBBINS DURBIN

FILED FOR RECORD
11/13/2025
8:24 AM
SYLVIA GARZA-PEREZ
CAMERON COUNTY CLERK
By: Garza, Julie

CAUSE NO. <u>2025-CCL-01076</u>

| | | |
|---|---|---|
| **ROBERT MALONEY,**<br>**PLAINTIFF** | § | **CAMERON COUNTY COURT** |
| | § | **AT LAW NO. 1** |
| **VS** | § | **CAMERON COUNTY, TEXAS** |
| **WAL-MART STORES TEXAS, LLC,**<br>**DEFENDANT** | | |

## ORDER SETTING DOCKET CONTROL CONFERENCE

On this the 13th day of November, 2025, the above captioned cause was called to the attention of the Court, and having been presented to the Court, the Court is of the opinion that a DOCKET CONTROL CONFERENCE is set for telephonic hearing on the above-styled and numbered cause.

IT IS THEREFORE ORDERED that said cause is hereby set on the **4th day of December 2025**, at **10:15 AM**, in County Court at Law No. 1 of Cameron County, Texas. *Plaintiff's counsel is to initiate conference call. The telephone number is (956) 544-0855.*

The **Clerk** of the Court is directed to furnish a copy of this Order to attorney(s) of record and to parties involved in said case.

SIGNED on this the 13th day of November, 2025.

Arturo A. McDonald Jr.

_____
ARTURO A. MCDONALD, JR.
JUDGE PRESIDING